UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HALIF DAVIS-HARRIS and AARON TUTT, individually, and on behalf of all others similarly situated,<br>　　　　　Plaintiffs<br><br>　　v.<br><br>OSMOSE UTILITIES SERVICES, INC.,<br>　　　　　Defendant | Civil Action No.<br><br>**NOTICE OF REMOVAL** |

TO:   Jason T. Brown
　　　Nicholas Conlon
　　　BROWN, LLC
　　　111 Town Square Place, Suite 400
　　　Jersey City, NJ 07310
　　　jtb@jtblawgroup.com
　　　nicholasconlon@jtblawgroup.com
　　　*Attorneys for Plaintiffs*

**NOTICE OF REMOVAL FILED BY DEFENDANT**
**OSMOSE UTILITIES SERVICES, INC.**

Notice is hereby given that this action has been removed to the United States District Court for the District of New Jersey by virtue of the attached Notice of Removal filed by Defendant Osmose Utilities Services, Inc. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit A**. Pursuant to 28 U.S.C. § 1446(d), this Court is to "proceed no further unless and until the case is remanded."

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | FISHER & PHILLIPS LLP |
| Dated: December 28, 2022 | By: _____*s/ Heather Steele*_____<br>Heather Steele, Esq.<br>FISHER & PHILLIPS LLP<br>Two Logan Square, 12th Floor<br>100 N 18th Street<br>Philadelphia, PA 19103<br>Telephone:    (610) 230-2134<br>Email:  hsteele@fisherphillips.com<br><br>*/s/Matthew R. Simpson*<br>Matthew R. Simpson, Lead Counsel<br>Georgia Bar No. 540260*<br>msimpson@fisherphillips.com<br>JonVieve D. Hill<br>Georgia Bar No. 907946*<br>jhill@fisherphillips.com<br>FISHER & PHILLIPS, LLP<br>1230 Peachtree Street NE, Ste 3300<br>Atlanta, GA 30309<br>Telephone: (404) 231-1400<br>Facsimile:  (404) 240-4249<br>**Pro Hac Vice* Application Forthcoming*<br><br>*Attorneys for Defendant* |

2

Heather Steele (NJ ID #033732003)
**FISHER & PHILLIPS LLP**
Two Logan Square, 12th Floor
100 N 18th Street
Philadelphia, PA 19103
Telephone:    (610) 230-2134
Email:  hsteele@fisherphillips.com
Attorneys for Defendant

| | |
|---|---|
| HALIF DAVIS-HARRIS and AARON TUTT, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs<br><br>    v.<br><br>OSMOSE UTILITIES SERVICES, INC.,<br>            Defendant | Civil Action No.<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of the Notice of Removal filed by Defendant Osmose Utilities Services, Inc. was served today upon Plaintiff's counsel addressed as follows:

>Jason T. Brown
>Nicholas Conlon
>BROWN, LLC
>111 Town Square Place, Suite 400
>Jersey City, NJ 07310
>jtb@jtblawgroup.com
>nicholasconlon@jtblawgroup.com
>*Attorneys for Plaintiffs*

Dated: December 28, 2022          By:    *s/ Heather Steele*
                                                        Heather Steele
                                                        *Attorney for Defendant*